# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　　　　Plaintiff,<br>vs.<br><br>MICHAEL ALPHONCE GUEDEA,<br><br>　　　　　　　　　　　　　Defendant. | CASE NO. 06 CR 1057 JM<br><br>**ORDER DENYING MOTION FOR FINAL DISPOSITION OF SUPERVISED RELEASE VIOLATION**<br><br>Doc. No. 30 |

Defendant Michael Alphonce Guedea, presently incarcerated at the Arizona State Prison-Kingman Complex pursuant to a state conviction, moves for a speedy disposition of a detainer lodged against him for violation of the terms of supervised release imposed in relation to the above identified action. (Doc. No. 30).

The court denies Defendant's motion for a final disposition of any federal supervised release violation. While a federal detainer has been lodged against Defendant, he is not presently in custody on the warrant for a supervised release violation. Rather, Defendant is in custody pursuant to a sentence imposed in a separate case. Consequently, Federal Rule of Criminal Procedure 32.1 does not apply to Defendant. Further, Defendant cannot demonstrate any prejudice if a revocation hearing is conducted after he completes the custodial sentence in the Arizona case because the delay in the revocation hearing is due solely to his own conduct. *See United States v. Wickham*, 618 F.2d 1307 (9th Cir. 1979).

1       In sum, the motion for final disposition of the supervised release violation is denied.

2     **IT IS SO ORDERED.**

3 DATED: April 9, 2010

4                                     Hon. Jeffrey T. Miller

5                                     United States District Judge